**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00368-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTURO MIRANDA-CINTO,

    Defendant.

---

## MINUTE ORDER[1]

---

On April 6, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **June 1, 2012**, commencing at 1:30 p.m., the court shall conduct the sentencing hearing in this matter; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  April 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.